Winfred MARSHALL, Appellant,

v.

The STATE of Texas, Appellee.

No. 27546.

Court of Criminal Appeals of Texas.

April 13, 1955.

Lucian Clarence CARLEW, Appellant,

v.

The STATE of Texas, Appellee.

No. 27544.

Court of Criminal Appeals of Texas.

April 13, 1955.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for unlawfully transporting intoxicating liquor in a dry area; the punishment, a fine of $250 and confinement in the county jail for 30 days.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

Dan Walton, Dist. Atty., Eugene Brady, Jr., Asst. Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, two years' confinement in the state penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.